Rec # 7306
6-24-10
$ 4.62

# PLACE & ARNOLD

ATTORNEYS AT LAW
27 Pleasant Street
Fairport, New York 14450
(585) 425-1060
FAX (585) 223-3252
TTY (585) 425-8851

ROBERT M. PLACE
MICHAEL H. ARNOLD

DEBBIE THESING, *Paralegal*
MICHELLE M. MAYER, *Paralegal*

June 24, 2010

Clerk, United States Bankruptcy Court
Federal Building
100 State Street
Rochester, NY 14614

    Re: Michael & Kelly Bohm
        Chapter 7 Case No. 09-21967

To the Clerk of the Court:

    Enclosed please find one check in the amount of $4.62 representing the following dividend payment(s) under $5.00, which amounts are required to be paid into the Court:

| Claim No. | Claimant | Dividend Pymt. |
|---|---|---|
| 8 | ESL Federal Credit Union | $4.62 |

    If you have any further questions, please feel free to call.

                Very truly yours,

                Michael H. Arnold
                Chapter 7 Trustee

enc.
MHA/ss